STATE OF CONNECTICUT *v.* TYREE D. PRESTON

The defendant's petition for certification for appeal from the Appellate Court, 93 Conn. App. 527 (AC 24295), is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendant's appeal from the judgment revoking his probation as moot?"

The Supreme Court docket number is SC 17649.

*David B. Rozwaski,* special public defender, in support of the petition.

Decided April 7, 2006

STATE OF CONNECTICUT *v.* TYREE D. PRESTON

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 93 Conn. App. 527 (AC 24295), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the defendant's appeal from the judgment revoking his probation was moot because the defendant was serving concurrent sentences for (1) the violation of probation and (2) the conviction of attempted assault in the first degree and conspiracy to commit assault in the first degree?"

The Supreme Court docket number is SC 17648.

*Proloy K. Das,* assistant state's attorney, in support of the petition.

Decided April 7, 2006